AMBASSADOR MANAGEMENT CORPORATION et al., Appellants, *v.* INCORPORATED VILLAGE OF HEMPSTEAD, Respondent.

Argued September 30, 1946; decided October 17, 1946.

*C. H. Tunnicliffe Jones* and *George P. Krug* for motion.
*Henry Waldman* and *Samuel M. Levy* opposed.

Motion granted and appeal dismissed, with costs on the ground that no constitutional question is directly involved.